

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER 01-CR-10001 |
|---|---|
| VS. | JUDGE DRELL |
| RICKEY TONEY | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** defendant's Motion to Modify Sentence [doc. 45] be **DENIED** and **DISMISSED WITH PREJUDICE** as this court lacks jurisdiction to consider the motion.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 5 day of FEBRUARY, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE